JUDGE DAVID GUADERRAMA

FILED

2017 JAN 11 PM 12: 23

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **S E A L E D** |
| Plaintiff, | § | CRIMINAL NO. EP-17-CR- |
| v. | § | **I N D I C T M E N T** |
| JOSE GUADALUPE TORRES-MAGANA (1), PATRICIA TORRES (2), ALFONSO GOVEA JR. (3) | § | CT 1: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute |
| | § | Notice of Government's Demand for Forfeiture |
| Defendants. | § | |

**EP17CR0075**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(21 U.S.C. §§ 846 & 841(a)(1))

That beginning on or about December 15, 2014, and continuing through and including December 5, 2016, in the Western District of Texas, Defendants,

**JOSE GUADALUPE TORRES-MAGANA (1),
PATRICIA TORRES (2),
ALFONSO GOVEA JR. (3)**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved cocaine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) in the quantities set forth below:

## QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY

The quantity of cocaine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| JOSE GUADALUPE TORRES-MAGANA (1) | 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine | 841(b)(1)(A)(ii) |
| PATRICIA TORRES (2) | 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine | 841(b)(1)(A)(ii) |
| ALFONSO GOVEA JR. (3) | 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine | 841(b)(1)(A)(ii) |

All in violation of Title 21, United States Code, Section 846.

### NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
21 U.S.C. § 853

As a result of the controlled substance offenses alleged in Count One of this Indictment, the United States of America gives notice to Defendants,

**JOSE GUADALUPE TORRES-MAGANA (1),**
**PATRICIA TORRES (2),**
**ALFONSO GOVEA (3)**

of its intent to seek forfeiture to the United States, pursuant to 21 U.S.C. § 853, of any and all property constituting, or derived from, any proceeds that said defendants obtained directly or

indirectly as a result of said violations, and of any and all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

## Substitute Assets

If any of the above described forfeitable property, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property.

A TRUE BILL

ORIGINAL SIGNATURE REDACTED PURSUANT TO -GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

BY: _____
    Assistant U.S. Attorney