IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| *Plaintiff*, | § § § | |
| V. | § | CASE NO. 3:17-CR-00075-DCG |
| **PATRICIA TORRES**, | § § § § | |
| *Defendant*. | § | |

NOTICE OF UNAVAILABILITY
DEFENSE COUNSEL LOUIS E. LOPEZ, JR.

**TO THE HONORABLE JUDGE DAVID GUADERAMMA:**

Mr. Louis E. Lopez, Jr., wishes to advise the Court of the following dates counsel will be unavailable to attend court hearings absent an order demanding appearance:[1]

1. Counsel will be on vacation in California from July 21, through July 28, 2017.

Respectfully submitted,

/s/ Louis Elias Lopez Jr.
LOUIS ELIAS LOPEZ, JR.
SBN. 00787923
416 N. Stanton, Suite 400
El Paso, TX 79901
Telephone (915) 543-9800
Facsimile (915) 543-9804
llopez@lelopezlaw.com
Attorney for Patricia Torres

---

1 Of course, counsel is aware that as a faithful servant of the Court, he must be present at the Court's beckon call. Therefore, this notice is not so much counsel telling the Court when he can't be present; but rather, counsel is providing dates of unavailability with the idea that the Court would take them into consideration when setting hearings.

1

# CERTIFICATE OF SERVICE

I, LOUIS ELIAS LOPEZ, JR., hereby certify that a true and correct copy of the foregoing instrument has been e-mailed to the United States Attorney's Office, pursuant to the electronic notification requirement under the cm/ecf electronic filing system on June 13, 2017.

/s/ Louis Elias Lopez Jr.
LOUIS ELIAS LOPEZ, JR.