## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130



May 15, 2018

Ms. Jeannette Clack
Western District of Texas, El Paso
United States District Court
525 Magoffin Avenue
Room 108
El Paso, TX 79901-0000

      No. 18-50063      USA v. Patricia Torres
                        USDC No. 3:17-CR-75-2


Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.


                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Melissa V. Mattingly, Deputy Clerk
                              504-310-7719

cc w/encl:
    Mr. Joseph H. Gay Jr.
    Mr. Louis Elias Lopez Jr.
    Ms. Patricia Torres

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 18-50063

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

PATRICIA TORRES,

    Defendant - Appellant

Appeal from the United States District Court for the
Western District of Texas

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of May 15, 2018, for want of prosecution. The appellant failed to timely comply with the Court's notice of 4/4/18.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Melissa Mattingly*
Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT