# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

July 06, 2021

Ms. Jeannette Clack
Western District of Texas, El Paso
United States District Court
525 Magoffin Avenue
Room 108
El Paso, TX 79901-0000

    No. 20-51053   USA v. Torres
                           USDC No. 3:17-CR-75-2

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Melissa V. Mattingly, Deputy Clerk
                            504-310-7719

cc w/encl:
    Mr. Joseph H. Gay Jr.
    Ms. Patricia Torres



# United States Court of Appeals
## for the Fifth Circuit

**A True Copy**
**Certified order issued Jul 06, 2021**

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

No. 20-51053

_____

United States of America,

                                  *Plaintiff—Appellee,*

versus

Patricia Torres,

                                  *Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:17-CR-75-2

_____

CLERK'S OFFICE:

    Under 5th Cir. R. 42.3, the appeal is dismissed as of July 6, 2021, for want of prosecution. The appellant failed to timely file appellant's brief.

No. 20-51053

By: _____
LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Melissa Mattingly*

Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT